# EXHIBIT 7
# FILED UNDER SEAL

**SEC-Access Control Policy**

# TABLE OF CONTENTS

TABLE OF CONTENTS

Purpose

Policy Statements

Scope

Revision History

CONFIDENTIAL                     MYIA HEALTH                                    0

HIGHLY CONFIDENTIAL AEO                                              Myia0000000877

**SEC-Access Control Policy**

# 1. Purpose

To establish proper controls to manage access to sensitive systems and information to prevent unauthorized access that could lead to misuse of  systems and data.

# 2. Policy Statements

2.1. Default and unnecessary system accounts are removed, disabled, or otherwise secured (e.g., the passwords are changed or privileges are reduced to the lowest levels of access.)

2.2. System Owners are notified when users' access rights change (e.g., termination, change in position) and modify the user's account accordingly.

2.3. User registration and de-registration, at a minimum, communicate relevant policies to users and require acknowledgement (e.g. signed or captured electronically), check authorization and minimum level of access necessary prior to granting access, ensure access is appropriate to the business and/or clinical needs (consistent with sensitivity/risk and does not violate segregation of duties requirements), address termination and transfer, ensure default accounts are removed and/or renamed, remove or block critical access rights of users who have changed roles or jobs, and automatically remove or disable inactive accounts.

2.4. Strong authentication methods such as multi-factor, Radius or Kerberos (for privileged access) and CHAP (for encryption of credentials for dialup methods) are implemented for all external connections to the organization's network.

2.5. Remote access by vendors and business partners (e.g., for remote maintenance) is disabled/deactivated when not in use.

2.6. Unique IDs that can be used to trace activities to the responsible individual are required for all types of organizational and non-organizational users.

2.7. Upon termination or changes in employment for employees, contractors, third-party users or other workforce arrangement, physical and logical access rights and associated materials (e.g., passwords, keycards, keys, documentation that identify them as current members of the organization) are removed or modified to restrict access within 24 hours and old accounts are closed after 90 days of opening new accounts.

2.8. Acceptable use agreements are signed by all employees before being allowed access to information assets.

HIGHLY CONFIDENTIAL AEO                                                    Myia0000000878

**SEC-Access Control Policy**

2.9.    Group, shared or generic accounts and passwords (e.g., for first-time log-on) are not used.

2.10.    Help desk support requires user identification for any transaction that has information security implications.

2.11.    Access rights from an application to other applications are controlled.

2.12.    Outputs from application systems handling covered information are limited to the minimum necessary and sent only to authorized terminals/locations.

2.13.    User identities are verified prior to establishing accounts.

2.14.    Users are given a written statement of their access rights, which they are required to sign stating they understand the conditions of access. Guest/anonymous, shared/group, emergency and temporary accounts are specifically authorized and use monitored.

2.15.    Covered or critical business information is not left unattended or available for unauthorized individuals to access, including on desks, printers, copiers, fax machines, and computer monitors.

2.16.    Users who performed privileged functions (e.g., system administration) use separate accounts when performing those privileged functions.

2.17.    Shared/group and generic user IDs are only used in exceptional circumstances where there is a clear business benefit, when user functions do not need to be traced, additional accountability controls are implemented, and after approval by management.

2.18.    Access rights to applications and application functions are limited to the minimum necessary using menus.

2.19.    Multi-factor authentication methods are used in accordance with organizational policy, (e.g., for remote network access).

2.20.    Covered information is encrypted when stored in non-secure areas and, if not encrypted at rest, the organization must document its rationale.

2.21.    Actions that can be performed without identification and authentication are permitted by exception.

2.22.    Copy (including print screen), move, print, and storage of sensitive data is prohibited when accessed remotely without a defined business need.

2.23.    Account types are identified (individual, shared/group, system, application, guest/anonymous, emergency and temporary), conditions for group and role membership are established, and, if used, shared/group account credentials are modified when users are removed from the group.

2.24.    The organization promotes the development and use of programs that avoid the need to run with elevated privileges and system routines to avoid the need to grant privileges to users.

2.25.    Elevated privileges are assigned to a different user ID from those used for normal business use, all users access privileged services in a single role, and such privileged access is minimized.

CONFIDENTIAL                          MYIA HEALTH                                    2

HIGHLY CONFIDENTIAL AEO                                    Myia0000000879

**SEC-Access Control Policy**

2.26.  The organization restricts access to privileged functions and all security-relevant information.

2.27.  Remote access to business information across public networks only takes place after successful identification and authentication.

2.28.  When PKI (Public Key Infrastructure)-based authentication is used, the information system validates certificates by constructing and verifying a certification path to an accepted trust anchor, including checking certificate status information; enforces access to the corresponding private key; maps the identity to the corresponding account of the individual or group; and implements a local cache of revocation data to support path discovery and validation in case of an inability to access revocation information via the network.

2.29.  The information system employs replay-resistant authentication mechanisms such as nonce, one- time passwords, or time stamps to secure network access for privileged accounts; and, for hardware token-based authentication, employs mechanisms that satisfy minimum token requirements discussed in NIST SP 800-63-2, Electronic Authentication Guideline.

2.30.  A time-out system (e.g. a screen saver) pauses the session screen after 20 minutes of inactivity, closes network sessions after 30 minutes of inactivity, and requires the user to reestablish authenticated access once the session has been paused or closed; or, if the system cannot be modified, a limited form of time-out that clears the screen but does not close down the application or network sessions is used.

2.31.  Privileges are formally authorized and controlled, allocated to users on a need-to-use and event-by- event basis for their functional role (e.g., user or administrator), and documented for each system product/element.

2.32.  The organization explicitly authorizes access to specific security relevant functions (deployed in hardware, software, and firmware) and security-relevant information.

2.33.  Role-based access control is implemented and capable of mapping each user to one or more roles, and each role to one or more system functions.

2.34.  The organization facilitates information sharing by enabling authorized users to determine a business partner's access when discretion is allowed as defined by the organization and by employing manual processes or automated mechanisms to assist users in making information sharing/collaboration decisions.

2.35.  The access control system for the system components storing, processing or transmitting covered information is set with a default "deny-all" setting.

2.36.  User access rights are reviewed after any changes and reallocated as necessary.

2.37.  Access to network equipment is physically protected.

HIGHLY CONFIDENTIAL AEO                                                    Myia0000000880

**SEC-Access Control Policy**

2.38. The organization ensures that redundant user IDs are not issued to other users and that all users are uniquely identified and authenticated for both local and remote access to information systems.

2.39. Non-organizational users (all information system users other than organizational users, such as patients, customers, contractors, or foreign nationals), or processes acting on behalf of non- organizational users, determined to need access to information residing on the organization's information systems, are uniquely identified and authenticated.

2.40. Access rights to information assets and facilities is reduced or removed before the employment or other workforce arrangement terminates or changes, depending on the evaluation of risk factors.

2.41. Bring your own device (BYOD) and/or company-owned devices are configured to require an automatic lockout screen, and the requirement is enforced through technical controls.

2.42. Signed electronic records shall contain information associated with the signing in human-readable format.

2.43. User registration and de-registration shall formally address establishing, activating, modifying, reviewing, disabling and removing accounts.

2.44. The organization must maintain a current listing of all workforce members (individuals, contractors and Business Associates) with access to PHI.

# 3.  Scope

This policy applies to any person (e.g., management, users, administrators, contractors and third parties) who access information using Myia Health's business systems, regardless of geographic location. In particular, this policy applies to the following information assets of Myia Health:

3.1. Proprietary information that belongs to Myia Health.

3.2. Personnel information relating to employees of Myia Health.

3.3. Customer information held by Myia Health.

3.4. Interfaces and dependencies between activities performed by Myia Health and those performed by other organizations.

3.5. Suppliers, contractors and other third-party information held by Myia Health.

3.6. Software assets such as databases, application software, system software, development tools, and utilities developed by Myia Health.

3.7. Physical assets, such as computer equipment, communications equipment, media and equipment related to facilities.

3.8. All Services associated with Myia Health information systems.

3.9. Myia Health information security policy is intended to meet the requirements of both client and other applicable regulations.

HIGHLY CONFIDENTIAL AEO                                    Myia0000000881

**SEC-Access Control Policy**

## 4.   Revision History

| Date of Change | Responsible | Summary of the Change |
|---|---|---|
| June 10, 2020 | Bhupinder Singh | Policy Created |
| June 17th 2020 | Tim Sanders | Policy Approved |
| June 15th 2021 | Tim Sanders | Policy Reviewed |

HIGHLY CONFIDENTIAL AEO                                          Myia0000000882