# EXHIBIT 8
# FILED UNDER SEAL

**SEC-Data Retention Policy**

# TABLE OF CONTENTS

TABLE OF CONTENTS

Purpose

Policy Statements

Scope

Revision History

HIGHLY CONFIDENTIAL AEO                                        Myia0000000883

**SEC-Data Retention Policy**

# 1.   Purpose

The purpose of this policy is to ensure that necessary records and documents are adequately protected and maintained and to ensure that records that are no longer needed by Myia Health or are of no value are discarded at the proper time. This Policy is also for the purpose of aiding employees of Myia Health in understanding their obligations in retaining electronic documents - including e-mail, Web files, text files, sound and movie files, PDF documents, and all other formatted files.

# 2.   Policy Statements

This policy ensures that Myia Health adequately protects and maintains necessary records and documents. Additionally, this policy ensures that records that are no longer needed by Myia Health are discarded/destroyed at the appropriate time.

2.1.   **Administration**

  2.1.1.   Appendix A contains a Data Retention Schedule that serves as the retention and disposal/destruction for Myia Health's physical and electronic records.

  2.1.2.   Modifications may be made to this Data Retention Schedule to ensure compliance with appropriate legislation.

  2.1.3.   All retained information will be used solely for the purposes described in our Privacy and Cookies Policy.

2.2.   **Suspension of Record Destruction in the Event of Legal Proceedings or Inquiries**

  2.2.1.   It may become necessary to retain data beyond the limits set forth in this Policy.

  2.2.2.   Data retention may be prolonged in the event of any ongoing investigation or inquiries from EU Member State Authorities or to ensure compliance with any other legal obligation.

2.3.   **Security of Personal Information**

  2.3.1.   Myia Health will take reasonable technical and organizational precautions to prevent loss, misuse or alteration of your personal data.

   2.3.1.1.   Myia Health will store personal information in databases and logs.

    2.3.1.1.1.   Note: Myia Health does not store any paper copies of Personal Information. Personal Information is only stored electronically.

  2.3.2.   Customers should acknowledge that the transmission of information over the internet is inherently insecure, and while Myia Health will do everything in its power to protect information

CONFIDENTIAL                MYIA HEALTH

2

HIGHLY CONFIDENTIAL AEO                                    Myia0000000884

**SEC-Data Retention Policy**

  **2.4.**    **Destruction of Data**

        2.4.1.     Unless otherwise noted specifically below, data will be destroyed based on the Data Retention Schedule in Appendix A.

        2.4.2.     Methods of Destruction

               2.4.2.1.    Data containing health information and any personal data will be destroyed to industry standards for safe electronic deletion

        2.4.3.     Right to Deletion

               2.4.3.1.    Myia Health recognizes the users right to their own personal data. As such, all personal data will be deleted upon request of the user.

  **2.5.**    **Amendments and Updates to the Policy**

        2.5.1.     Myia Health may update this policy from time to time. New and material changes to this policy will be posted at this link.

# 3.  Scope

  **3.1.**    This policy applies to any person (e.g., management, users, administrators, contractors and third parties) who access information using Myia Health's business systems, regardless of geographic location. In particular, this policy applies to the following information assets of Myia Health:

        3.1.1.     Proprietary information that belongs to Myia  Health.

        3.1.2.     Personnel information relating to employees of Myia Health.

        3.1.3.     Customer information held by Myia Health.

        3.1.4.     Interfaces and dependencies between activities performed by Myia Health and those performed by other organizations.

        3.1.5.     Suppliers, contractors and other third-party information held by Myia Health.

        3.1.6.     Software assets such as databases, application software, system software, development tools, and utilities developed by Myia Health.

        3.1.7.     Physical assets, such as computer equipment, communications equipment, media and equipment related to facilities.

        3.1.8.     All Services associated with Myia Health information systems.

        3.1.9.     Myia Health information security policy is intended to meet the requirements of both client and other applicable regulations.

# 4.  Revision History

| Date of Change | Responsible | Summary of the Change |
|---|---|---|
| 19-August-2020 | Bhupinder Singh | Policy Created |
| Dec 16, 2021 | Tim Sanders | Policy Reviewed and Approved |

CONFIDENTIAL                   MYIA HEALTH

3

HIGHLY CONFIDENTIAL AEO               Myia0000000885

**SEC-Data Retention Policy**

# APPENDIX A – DATA RETENTION SCHEDULE

| Record Type | Storage Location | Retention Time Period |
|---|---|---|
| Production Database | AWS | 7 Years |
| Production Audit Logs (Database) | AWS | 7 Years |
| Backups | AWS | 35 Days |
| Personal Health Data | AWS | 7 Years |
| Inventory Records | AWS | 2 Years |

Any customer data can be deleted upon filing a request for data to be deleted.

CONFIDENTIAL                         MYIA HEALTH

4

HIGHLY CONFIDENTIAL AEO                                        Myia0000000886