**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LIFESCIENCE TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:21-cv-01279-SEP |
| | ) | |
| v. | ) | |
| | ) | |
| MERCY HEALTH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MERCY'S OPPOSITION TO LST'S MOTION FOR EXTENSION OF TIME**

Defendants Mercy Health and Mercy ACO Clinical Services, Inc. (collectively "Mercy") hereby respectfully respond to LST's "Motion for Extension to File Opposition to Mercy's Motion to Deem LST's Responses to Certain Requests for Admission as Admitted" (ECF No. 300, the "Motion for Extension").

As Mercy's underlying Motion to deem certain RFAs admitted lays out in substantial detail, LST's failure to properly and timely respond to the RFAs, and now, Mercy's corresponding Motion, is unduly prejudicial to Mercy.

Mercy served its RFAs on September 2, 2023, LST missed the October 2, 2023 deadline to respond (alleging eight days later that its counsel had a "little miscommunication"), and Mercy consented to an extension until October 20th. LST's ultimate responses to numerous RFAs fail to answer the requests in compliance with the rules. After the parties met and conferred, LST agreed to produce appropriate answers around January 8th or 9th. LST subsequently pushed its supplementation out further, stating it expected to serve amended responses by January 16th, which it also failed to meet. Mercy then asked LST to confirm that it would provide its responses no later than January 19th; LST not only failed to provide the

amended responses, but never responded to Mercy and, after two more weeks, Mercy properly filed its Motion to deem the RFAs admitted.

Now, not only are Mercy and the Court faced with LST's prior deficient and dilatory discovery responses, LST failed—after already requesting and being granted one extension to respond to Mercy's Motion—to timely file its opposition by the extended February 19th deadline LST itself selected.

Mercy is sympathetic to the fact that one of LST's attorneys became ill. A review of the docket in this case will reflect that Mercy has freely provided consent for extensions when the circumstances so warrant—including once already for this very pleading (e.g., ECF No. 297; *see also* ECF Nos. 39, 260, 267). Here, LST contends the same attorney was responsible for both preparing and filing its opposition brief (a day late) and taking a Mercy Rule 30(b)(6) deposition the same date, February 20th. On the morning of February 20th, LST cancelled the deposition (one hour before it was to begin) [1] and several hours later, first asked Mercy for an extra week for its opposition. The attorney's illness fails to explain or excuse why LST has still, to this very date, failed to supplement the subject RFAs, or why no other attorneys working on the case could handle timely responding to the RFAs, preparing the opposition, or taking the deposition. Importantly, we are now six and one-half weeks beyond the date LST agreed to provide appropriate answers to the RFAs.

LST's request for an additional one-week extension until February 26th is also not lost on Mercy, as expert reports are due that very same date. LST's conduct has caused and is

[1] This is the third time LST unilaterally cancelled a deposition the morning of a deposition (all which were LST-noticed depositions).

causing significant prejudice including, for example, impacting Mercy's expert witnesses' ability to review and rely on answers to RFAs in connection with their opinions.

LST did not request this second extension until after its first extension expired. LST has still failed to properly answer the subject RFAs. For this and the other reasons stated herein, LST's Motion for Extension should be denied and its Opposition deemed waived.

Dated: February 23, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Jason S. Meyer*

David A. Roodman, #38109 MO
Mark S. Deiermann, #31521 MO
Jason Meyer, #64030 MO
Craig O'Dear, #30167 MO
Nick E. Williamson, #56925MO
Jennifer A. Goltermann, #60835MO
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
daroodman@bclplaw.com
msdeiermann@bclplaw.com
jason.meyer@bclplaw.com
csodear@bclplaw.com
nick.williamson@bclplaw.com
jenny.goltermann@bclplaw.com

*ATTORNEYS FOR MERCY DEFENDANTS*