UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCIENCE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>MERCY HEALTH, et al.,<br><br>Defendants. | Case No. 26-cv-02903-WHO<br><br>**ORDER GRANTING JOINT PROPOSAL FOR SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 585 |

The parties' joint proposal for a supplemental summary judgment briefing schedule is GRANTED. *See* Dkt. No. 585. Each party may file a supplementary brief of no more than ten (10) pages in support of only its affirmative motion for summary judgment by **Friday, August 21, 2026**. All responsive briefs must be filed no later than **Thursday, September 10, 2026** and be no more than eight (8) pages. The parties may not include any supplemental statement of facts or exhibits with their affirmative or responsive briefs; provided, however, that nothing herein prohibits any party from citing the existing statements of fact and/or exhibits on record in support of their briefs. Any responsive brief shall be limited to the issues raised in the affirmative brief to which it is responding.

**IT IS SO ORDERED.**

Dated: July 15, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California