Scott Eidson (State Bar Number 25928)
scott.eidson@stinson.com
J. Nicci Warr (State Bar Number 59975)
nicci.warr@stinson.com
Julie C. Scheipeter (State Bar Number 6315426)
julie.scheipeter@stinson.com
Timothy D. Krieger (State Bar Number 61,808)
tim.krieger@stinson.com
STINSON LLP
7700 Forsyth Blvd
Suite 1100
St. Louis, Missouri 63105
Telephone: 314.863.0800
Facsimile: 314.863.9388

*Attorneys for Plaintiff LifeScience Technologies, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCIENCE TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>MERCY HEALTH, MERCY ACO CLINICAL SERVICES, INC., d/b/a MERCY VIRTUAL, LLC, and MYIA LABS, INC., d/b/a MYIA HEALTH<br><br>Defendants. | Case No. 3:26-cv-02903-WHO<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Rule 16 Conference: June 23, 2026<br>Location: Courtroom 2, 17th Floor (via Zoom) |

Plaintiff and Counterclaim Defendant LifeScience Technologies, LLC (“LST”), Defendants and Counterclaim Plaintiffs Mercy Health (“Mercy Health”) and Mercy ACO Clinical Services, Inc., d/b/a Mercy Virtual, LLC (“Mercy Virtual”) (collectively, “Mercy”), and Michael G. Kasolas, as the duly appointed Chapter 7 trustee (the “Trustee”) for the bankruptcy estate of Myia Labs, Inc. (“Myia”), a Defendant and Counterclaim Plaintiff in the above captioned action and the debtor in *In re Myia Labs, Inc.*, Case No. 26-30038 (Bankr. N.D. Cal.), jointly submit this SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT pursuant to this Court’s Order



CORE/3522176.0003/251611892.1

(Dkt. 580) and the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9. The parties have no changes from the previously submitted JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER (Dkt. 577).

**Date: October 7, 2026**

**Respectfully Submitted,**

*<u>/s/ Jason S. Meyer</u>*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Alex Whitworth, Cal. Bar No. 303046
Three Embarcadero Center, 7th Floor
San Francisco, CA 9411
Tel: (415) 675-3400
alex.whitworth@bclplaw.com

David A. Roodman (*pro hac vice*)
Jason Meyer (*pro hac vice*)
Nick E. Williamson (*pro hac vice*)
Barbara A. Smith (*pro hac vice*)
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Tel: (314) 259-2000
Fax: (314) 259-2020
daroodman@bclplaw.com
jason.meyer@bclplaw.com
nick.williamson@bclplaw.com
barbara.smith@bclplaw.com

Craig O'Dear, #30167 MO
**CSO Law LLC**
4509 W. 140th Street
Leawood, Kansas 66224
Tel: (816)384-0043
craig.odear@csolaw.com

***Attorneys for Mercy Defendants***

*/s/ Rajiv Dharnidharka*

**DOWD BENNETT LLP**

Michelle D. Nasser (*pro hac vice*)
Rebecca R. McLaughlin (*pro hac vice*)
7676 Forsyth Blvd., Suite 1900

St. Louis, MO 63105
Telephone (314) 889-7300
Facsimile (314) 863-2111
mnasser@dowdbennett.com
rmclaughlin@dowdbennett.com

**FOLEY & LARDNER LLP**

Rajiv Dharnidharka, # 234756
555 California St., Suite 1700
San Francisco, CA 94104
Telephone (415) 438-6443
rajiv.dharnidharka@foley.com

***Attorneys for Michael G. Kasolas, as Chapter 7 trustee of the estate of Myia Labs, Inc.***

*<u>/s/ B. Scott Eidson</u>*

**STINSON LLP**
B. Scott Eidson (pro had vice)
J. Nicci Warr (pro hac vice)
Julie C. Scheipeter (pro hac vice)
Timothy D. Krieger (pro hac vice)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone (314) 863-0800
Facsimile (314) 863-9388
scott.edison@stinson.com
nicci.warr@stinson.com
julie.scheipeter@stinson.com
timothy.krieger@stinson.com

Judith Araujo (pro hac vice)
1144 15th St., Suite 2400
Denver, CO 80202
Telephone (720) 728-7650
Facsimile (720) 728-7649
judith.araujo@stinson.com

**PRACTUS LLP**
Duane H. Mathiowetz, Cal. Bar No. 111831
201 Spear St., Suite 1100
San Francisco, CA 94105
Telephone (415) 577-4782
Email: duane.mathiowetz@practus.com

*Attorneys for Plaintiff LifeScience Technologies, LLC*

**DECLARATION UNDER CIVIL LOCAL RULE 5-1(i)(3)**

I, B. Scott Eidson, am the ECF User whose ID and password are being used to file this **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have the concurrence of the signatories above indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: 10/7/2026 */s/ B. Scott Eidson*