United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIFESCIENCE TECHNOLOGIES LLC,
Plaintiff,
v.
MERCY HEALTH, et al.,
Defendants.

Case No. 26-cv-02903-WHO

**ORDER REGARDING ADDITIONAL (TRIAL) DEPOSITIONS**

Re: Dkt. No. 10558

LifeScience Technologies, LLC ("LST") seeks to take additional depositions in this case because of the impact of the case's transfer from Missouri to California. There is no good cause to reopen discovery, and its request is DENIED.

LST wants to depose two witnesses it did not depose when discovery was open, and four that it has deposed, for purposes of trial. I accept that LST conducted discovery with the reasonable assumption that the case would be tried in Missouri. The Missouri court allowed 15 depositions (LST wanted 20, the defendants 10), LST decided who to depose with that expanded number in mind and chose not to depose either Mr. Abeln or Ms. Murphy. While LST may have assumed that it would be able to subpoena those two for trial, it bore the risk of not preserving their testimony if they became unavailable. Furthermore, it is not obvious from the argument in the dispute letter that those witnesses would provide important evidence that cannot be presented another way. And as to the four witnesses who have been deposed, LST presumably can use their deposition testimony at trial. To be sure, a second, trial deposition would provide tighter testimony, but that is not good cause to reopen discovery.

**IT IS SO ORDERED.**

Dated: November 20, 2026

William H. Orrick
United States District Judge